(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Warner's conviction and sentence are **AFFIRMED.**

ant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and the denial of Hammock's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kenny HAMMOCK, Defendant—**
**Appellant.**

**No. 09–11672**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 9, 2009.

Demetria Nicole Williams, C. Brian Jarrard, Macon, GA, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Kenny Hammock in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursu-

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charlie WYNE, Defendant–Appellant.**

**No. 08–15539**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2009.

Richard F. Della Fera, Entin & Della Fera, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Charlie Wyne appeals his convictions for possession of a firearm and ammunition by a convicted felon; possession with intent to distribute at least five grams or more of